UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

TOM WINTERS,
        Plaintiff

vs.

CASELLA WASTE SYSTEM, INC.,
individually and in its Capacity as Fiduciary
and Plan Administrator of the CASELLA
WASTE SYSTEM, INC. EMPOLOYEE
BENEFIT PLAN and CASELLA WASTE
MANAGEMENT OF N.Y., INC., CHARLES E.
SCHIMMELL, SR., SCHIMMEL & SONS
BUILDING & MAINTENANCE
        Defendants.

STIPULATION OF
DISCONTINUANCE

6:14-CV-06435-FPG/JWF

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the respective parties in the above entitled action that, whereas the above matter has been settled by the Tom Winters and Charles E. Schimmel, Sr., Schimmel and Sons Building and Maintenance, Charles E. Schimmel, Jr., and Jacob F. Schimmel "hereafter "Schimmel Defendants," and whereas no party is an infant or incompetent person for whom a committee or conservator has been appointed, and no person not a party has an interest in the subject matter of the action, the said action be and the same hereby is discontinued as to the Schimmel Defendants with prejudice, without further costs to be assessed or any claims or rights to be asserted against the other relating to or arising from any matter pertaining this litigation.

Dated: February 25, 2018

| SHENKAN INJURY LAWYERS, LLC | BARCLAY DAMON, LLP. |
|---|---|
| By: _(signed)_<br>Richard Shenkan, Esq.<br>*Attorneys for Plaintiff*<br>6550 Lakeshore Street<br>West Bloomfield, Michigan 48323<br>(248) 562-1320<br>rshenkan@shenkanlaw.com | By: _(signed)_<br>Mark Whitford, Jr., Esq.<br>*Attorneys for Charles E. Schimmel, Sr.*<br>*Schimmel and Sons Building & Maintenance,*<br>*Charles E. Schimmel, Jr., and Jacob F.*<br>*Schimmel*<br>2000 Five Star Bank Plaza<br>100 Chestnut St.<br>Rochester, NY 14604<br>MWhitford@barclaydamon.com |

So Ordered: _(signed)_ Frank P. Geraci, Jr. Chief WDNY
        USDC